# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANNIA

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT

I, Joshua Bank, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

### AGENT BACKGROUND

1.  I am a Special Agent of the United States Capitol Police ("USCP"), and I have been so employed since January 2007. I am currently assigned to the USCP Investigations Division's Threat Assessment Section ("TAS") where I have conducted hundreds of investigations involving stalking and threatening communications, both locally and interstate. Of these investigations, numerous involve threatening statements made via telephone. I have also completed hundreds of hours of training in numerous areas of law-enforcement investigation and techniques, including but not limited to the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, and the four-week USCP Basic Investigator Training Program in Washington, DC. In the course of my employment as a Special Agent with the USCP, I have received continuous trainings in, and have had the opportunity to participate in investigations relating to, the assessment and management of individuals who have communicated threats and

engaged in behaviors associated with targeted violence, including violations of 18 U.S.C. § 875(c)

2. As a Special Agent with the USCP, I am authorized under 2 U.S.C. § 1966(a) to protect, in any area of the United States, the person of any member of Congress, officer of the Congress, as defined in section 4101(b) of this title, and any member of the immediate family of any such Member or officer, if the Capitol Police Board determines such protection necessary. As a member of the TAS, I am authorized to deploy outside my jurisdiction to respond to an imminent threat or emergency, to gather intelligence, and to provide protective services pursuant to 2 U.S.C. § 1978(b). I am also a federal law-enforcement officer as defined in 18 U.S.C. § 115(c)(1), and I make this request under Federal Rule of Criminal Procedure 41(d)(2)(A).

## PURPOSE OF AFFIDAVIT

3. This affidavit is made for the limited purposes of establishing probable cause in support of a criminal complaint charging Robert L. Ingalls (hereinafter "INGALLS") with a violation of Title 18, United States Code, Section 875(c). Title 18, United States Code, Section 875(c) makes it a crime to transmit in interstate or foreign commerce any communication containing any threat to injure the person of another. This Affidavit does not contain the details of every aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, as well as information obtained from other law enforcement personnel.

## JURISDICTION

4. This Court has jurisdiction to issue the requested warrant because INGALLS is believed to have been within the Middle District of Pennsylvania when he violated Title 18, United States Code, Section 875(c).

## STATEMENT OF PROBABLE CAUSE

5. On November 6, 2023, at about 17:24 ET a U.S Congressional Office (henceforth "Congressperson 1") received a voicemail message on their Washington D.C. Office main telephone line from 802-379-1163, later identified to be in the possession of INGALLS. The voicemail message is transcribed as follows:

> *You know, [Congressperson 1's First Name] 23 years of torture and torment. I mean torture by deprivation and, you know, slander and defamation has just really, you know, convinced me that you know, you're the head of the snake you need to fucking die. Okay. Hey, you know what? Oh, we go to parade of lights do you think that might be the place? Some restaurant over in Georgetown or Silver Spring- Hey brah, it's nothing personal. It's business motherfucker. Yeah, you took away my life. I want yours. Uh huh.*

6. On November 6, 2023, at about 17:26 ET Congressperson 1 received a second voicemail message on their Washington D.C. Office main telephone line from 802-379-1163. The voicemail message is transcribed, in part:

> *… I mean really honestly if I can put your ass in the fucking ground there's a whole lot of cops who will lose their badges and their pensions, right? How long has this*

*been going on? You know what, I'm pissed at these cops. I really am. I'm pissed at you [Congressperson 1 First Name]. I mean you let people walk all over me, commit federal crimes against me, that netted them billions of dollars- wow these are good fucking people, ha. You know what motherfucker? Hide, because if I find you you're a dead motherfucker. Yeah*

7.  Records provided by AT&T revealed 802-379-1163 called Congressperson 1's Washington D.C. Office main line on November 6, 2023 at 17:24 and 17:26 ET. Additional records revealed that at 17:22 ET, the device associated to 802-379-1163 was within approximately 1000 meters of geographic coordinates 40.24474000, -76.99940500, which corresponds with the address 6280 Carlisle Pike, Mechanicsburg, PA 17050. At 17:28 ET the device was within approximately 600 meters of geographic coordinates 40.24330100, -76.99309500, which is within Hampden Township. The records further revealed that the tower connection utilized during both calls was located in the Middle District of Pennsylvania, at the geographical coordinates 40.22971000, -77.00528000.

8.  On November 7, 2023 Sgt. Bennage (Fairview Township Police Department) located INGALLS in his registered vehicle, a 1999 maroon Saturn, South Dakota license plate 27AZ84. Sgt Bennage also identified INGALLS by his Tennessee Driver's License and captured a photograph. INGALLS advised that he wanted to hurt someone who was not in the immediate area but did not elaborate. Sgt Bennage's partner called 802-379-1163. Sgt. Bennage witnessed INGALLS answer a phone that began to ring in his vehicle. Sgt. Bennage took his partner's phone and

talked through the phone to INGALLS while standing in front of him. Sgt. Bennage asked INGALLS why he made threats from that phone on November 6, 2023. INGALLS advised he ultimately wants to be arrested in order to go before a Federal Judge to have a case related to being cheated out of millions of dollars heard.

9. INGALLS interest in Congressperson 1 first came to the attention to the United States Capitol Police Threat Assessment Section in November 2020. Congressperson 1's District Office in California reported receiving a voicemail message from 805-358-0454, later identified as INGALLS. The voicemail message stated in part:

> *If I got to fire the first fucking shot to keep these god damn Mexicans and their fucking drugs, and all their sex trafficking on the other side of the border, you're the first one I'm putting a bullet in.*

10. On November 6, 2020, FBI Special Agent Nawrocki located INGALLS in his aforementioned vehicle, in Harrisburg, PA. INGALLS was interviewed and told not to make threatening calls to Congressperson 1. INGALLS stated he understood.

11. On July 17, 2023, the Office of Congressperson 1 reported a series of live calls from 802-379-1163, later identified as INGALLS. During the calls INGALLS stated that Congressperson 1 needed to cancel an upcoming event or that a lot of people will die. The caller also stated, "Wouldn't it be funny to see the Congressman's beheaded head roll down the street…"

12. On July 26, 2023, United States Capitol Police Special Agent Dunay called 802-379-1163 and spoke with INGALLS. Special Agent Dunay advised

5

INGALLS of 18 U.S.C 115 (Threatening a Federal Official) and 18 U.S.C. 875 (Interstate Threats). INGALLS advised he was not making threats, but warning Congressperson 1 of premonitions.

13. On September 19, 2023, the Washington D.C. Office of Congressperson 1 reported INGALLS called and stated, "Capitol Police already know I want to kill [Congressperson 1's First Name]." INGALLS then asked if he could make an appointment to see the congressman. When he was denied that request, he stated: "Maybe I'll make my own appointment to see him."

14. On October 17, 2023, at about 09:26 ET Congressperson 1's Washington D.C. Office main line received a voicemail message from 802-379-1163, INGALLS, stating in part:

> *All liars burn in hell. There's no forgiveness for liars. Find me one book that says liars will be forgiven. You know I take that back, but you won't, because I've read them all. You know the thing is, is that, um, yeah, he's a- he's a coward. He won't face me in federal court, which is what I want to do, and he won't, he won't face me in the street, which was the second option. Right? And so now, you know, what? Whats he got to keep his head down? Because I'm not in jail.*

15. On October 18, 2023, Congressperson 1's Washington D.C. Office reported 802-379-1163, INGALLS, called and stated in part:

> *I am ready and willing to die. I am really close to DC… Can I meet with the congressman? Or is he too big of a fucking pussy?*

16.     October 26, 2023, at about 13:22 ET Congressperson 1's Washington D.C. Office received a voicemail message from 802-379-1163, INGALLS, stating:

*Why don't your Capitol Police protect you? You ever think about that? I mean you have credible threats against your life [unintelligible] but the Capitol Police and the FBI don't protect you? Why is that?...*

## CONCLUSION

17.     Based on the foregoing facts, I submit that probable cause exists to believe that Robert Lee Ingalls, did transmit in interstate or foreign commerce, a communication containing a threat to injure the person of another in violation of Title 18, United States Code, Section 875(c).