AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Lee Ingalls, Jr.<br>*Defendant* | ) ) ) ) ) ) ) Case No. **1:23-mj-0083** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Robert Lee Ingalls Jr.**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c) - Interstate Threatening Communications.

Date: **11/9/2023**

*Issuing officer's signature*

City and state: **Harrisburg, Pennsylvania**

**Daryl F. Bloom, U.S. Magistrate Judge**
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Robert Lee Ingalls Jr.
Known aliases: Lazarus
Last known residence: 485 Bell Rd., Martin, TN 38237 [Currently transient in the area of Mechanicsburg, PA]
Prior addresses to which defendant/offender may still have ties: 300 Commerce Dr. Apt 237, New Cumberland, PA 17070 Vehicle Registration Mailing Address
Last known employment: Unknown
Last known telephone numbers: 802-379-1163
Place of birth: Missouri
Date of birth: 04/22/1962
Social Security number: 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
Height: 6'04"   Weight: 220
Sex: Male   Race: White
Hair: White/Grey   Eyes: Brown
Scars, tattoos, other distinguishing marks: Scar on Left Arm

History of violence, weapons, drug use: Assault 2nd Degree (Felony) - (1988-03-14; GUILTY)

Known family, friends, and other associates *(name, relation, address, phone number)*: Unknown

FBI number: 806117AA4
Complete description of auto: 1999 Maroon Saturn SL, SD Tag 27AZ84. VIN 1G8ZG5281XZ323606.

Investigative agency and address: United States Capitol Police, 119 D St NE., Washington, DC 20510

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: